# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONTE MOSLEY, <br><br> Petitioner, <br><br> v. <br><br> D. BRAUGHMAN, Warden, <br><br> Respondent. | NO. CV 17-9149-PA (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 21, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE